

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br>Juan Carlos Reyes-Aguado<br><br>          Defendant. | Case No.: 5:16MJ435-DUTY<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of New Mexico for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- IMMIGRATION STATUS UNDOCUMENTED
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/1/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge